**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| REGINA TURNER, )<br>*On Behalf of K.Y.T., a Minor Child* )<br>   Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, Commissioner, )<br>Social Security Administration, )<br>   Defendant. ) | **Case No. 3:12-CV-00277 JTK** |

## ORDER OF DISMISSAL

Plaintiff Regina Turner filed a Motion to Dismiss Without Prejudice on March 6, 2013. (Doc. No. 11). In her motion, she indicates that she has elected not to pursue this matter any further. Accordingly, the Court hereby DISMISSES Plaintiff's Complaint without prejudice.

SO ORDERED this 7th day of March, 2013.

                                                                                              United States Magistrate Judge