## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | |
|---|---|
| REGINA TURNER, *On Behalf of K.Y.T., a Minor Child*<br>    Plaintiff, | )<br>)<br>)           **Case No. 3:12-CV-00277 JTK**<br>) |
| v. | )<br>) |
| CAROLYN W. COLVIN, Commissioner,<br>Social Security Administration,<br>    Defendant. | )<br>)<br>) |

## FINAL JUDGMENT

Pursuant to the Order of Dismissal entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED this 7th day of March, 2013.

_____
United States Magistrate Judge